### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REBECCA CIMBAT,** <br> **Plaintiff,** <br><br> **v.** <br><br> **OLD NAVY LLC, IKEA L. LYNCH,** <br> **Defendants.** | **CIVIL ACTION** <br><br><br><br> **NO.  21-2657** |

### ORDER

**AND NOW**, this 31st day of October, 2022, upon consideration of Defendant Old Navy

LLC's Motion for Summary Judgment (ECF No. 28) and Plaintiff's Response thereto (ECF No.

31), **IT IS HEREBY ORDERED** that Defendant's Motion is **DENIED** as to Count I

(Negligence) of Plaintiff's Complaint (ECF. No. 1) and is **GRANTED** as to Count III

(Intentional Infliction of Emotional Distress).


                                           **BY THE COURT:**

                                           **/s/Wendy Beetlestone, J.**

                                           _____

                                           **WENDY BEETLESTONE, J.**