IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REBECCA CIMBAT,**<br>          **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **OLD NAVY LLC, IKEA L. LYNCH,**<br>          **Defendants.** | **NO.  21-2657** |

## CIVIL JUDGMENT

**AND NOW**, this 18th day of November 2022, in accordance with the verdict of the jury, **IT IS ORDERED** that Judgment is entered in favor of Plaintiff, Rebecca Cimbat and against Defendant, Ikea Lynch.  **IT IS FURTHER ORDERED** that compensatory damages in the amount of $5,000 are awarded against Ikea Lynch in favor of Rebecca Cimbat.

**BY THE COURT:**

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**